NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**ASI, INC., A MINNESOTA CORPORATION, FKA AVIVA SPORTS, INC.,**
*Plaintiff-Appellant*

**v.**

**FINGERHUT DIRECT MARKETING, INC., A DELAWARE CORPORATION, MENARD, INC., A WISCONSIN CORPORATION, KMART CORPORATION, A MICHIGAN CORPORATION, MANLEY TOYS, LTD., A HONG KONG, CHINA CORPORATION, DBA MANLEY TOYS, DBA TOYQUEST,**
*Defendants*

**LISA LIU, AQUAWOOD LLC, TOY QUEST LIMITED, BRIAN DUBINSKY, SAMSON CHAN, ALAN CHAN, BANZAI INTERNATIONAL, LTD., PARK LANE SOLUTIONS LTD.,**
*Respondents-Appellees*

———————————————

2019-1834

———————————————

Appeal from the United States District Court for the District of Minnesota in No. 0:09-cv-01091-JNE-TNL, Judge Joan N. Ericksen.

———————————————

# JUDGMENT

------------------------

STEPHEN ADAM WEISBROD, Weisbrod Matteis & Copley PLLC, Washington, DC, for plaintiff-appellant. Also represented by SHELLI L. CALLAND; KEITH M. SORGE, Arthur, Chapman, Kettering, Smetak & Pikala, PA, Minneapolis, MN.

GREGORY DOLL, Doll Amir & Eley LLP, Los Angeles, CA, for respondents-appellees. Also represented by JAMIE KENDALL.

------------------------

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and LOURIE, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

June 12, 2020          /s/ Peter R. Marksteiner
Date                   Peter R. Marksteiner
                       Clerk of Court